UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOSEPH L. NICKOLS,

                Plaintiff,

  v.

STEVE MANSFIELD, KEVIN HANSON, CHRIS TAWES, RON ANDERSON, JIM PEA, JACK HASKINS, TREVOR SMITH, STEVEN WALTON, STACY BROWN, KEVIN SCHULTZ, AMBER WILSON, GENE SIEBER, JOHN AND JANE DOE MAIL OFFICERS,

                Defendants.

No. C14-5019 RBL-KLS

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and **ORDER:**

(1)    The Court adopts the Report and Recommendation.

(2)    This action is **Dismissed Without Prejudice** prior to service for failure to state a claim.

(3)    The Clerk is directed to send copies of this Order to Plaintiff, counsel for any Defendants who have appeared, and to the Hon. Karen L. Strombom.

**DATED** this 31st day of March, 2014.

                              RONALD B. LEIGHTON
                              UNITED STATES DISTRICT JUDGE

ORDER - 1